# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RPRS GAMING, L.P., AS A LIMITED PARTNER IN AND DERIVATIVELY ON BEHALF OF HSP GAMING, L.P.,

        Appellant

v.

PENNSYLVANIA GAMING CONTROL BOARD AND HSP GAMING, L.P,

        Appellees

TOWER ENTERTAINMENT, LLC,

        Intervenor - Appellee

: No. 24 EAP 2014
:
: Appeal from the Order entered on
: 06/16/2014 in the Commonwealth Court at
: No. 377 MD 2013
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 25th day of March, 2015, the order of the Commonwealth Court is **AFFIRMED**.

    Mr. Justice Stevens did not participate in the decision of this case.